**ORIGINAL**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| BENAJAMIN TAGGER<br><br>Plaintiff(s)<br>v.<br>THE STRAUSS GROUP LTD AND SABRA DIPPING COMPANY, LLC<br><br>Defendant(s) | CV 18- 2923<br>Civil Action No.<br><br>COGAN, J. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  THE STRAUSS GROUP LTD           SABRA DIPPING COMPANY, LLC
　　　　　　　　　　　　　　　　　49 HASIVIM STREET               777 WESCHESTER AVENUE, #300
　　　　　　　　　　　　　　　　　POB 194, PETACH TIKVA           WHITE PLAINS, NY 10604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Pro Se Plaintiff:
　　　　　　　　　　　　　　　　　BENAJAMIN TAGGER
　　　　　　　　　　　　　　　　　2928 WEST 5TH STREET
　　　　　　　　　　　　　　　　　BROOKLYN, NY 11224

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**DOUGLAS C. PALMER**
*CLERK OF COURT*

Date: **MAY 1 6 2018**

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # cv18-2923                                    Purchased/Filed:

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     EASTERN DISTRICT

*Benjamin Tagger*   Plaintiff

against

*The Strauss Group Ltd, et ano.*   Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ May 22, 2018 _____, at __3:45pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint with Exhibits

on

_____ Sabra Dipping Company, LLC _____, the Defendant in this action, by delivering to and leaving with _____ Sue Zouky _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __55-60__   Approx. Wt: __125lbs__   Approx. Ht: __5'1__
Color of skin: __White__   Hair color: __Red/Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this

__22nd__ day of _____ May, 2018 _____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2019

James Perone
**Attny's File No.**
Invoice•Work Order # SP1807101

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BENAJAMIN TAGGER,

                  *Plaintiff,*

-against-

THE STRAUSS GROUP LTD., and SABRA
DIPPING COMPANY, LLC,

                  *Defendant(s).*

Case No. CV 18- 2923

**COMPLAINT**
**JURY TRIAL DEMANDED**

COGAN, J.

The Plaintiff, BENJAMIN TAGGER, Pro Se, (Hereinafter referred to as "Plaintiff"), as and for his complaint against the defendants, THE STRAUSS GROUP LTD., and SABRA DIPPING COMPANY, LLC, alleges as follows:

## PARTIES

1. Plaintiff, BENJAMIN TAGGER, residing and permanently domiciled in Kings County, City and State of New York, formerly doing business in Turkey, from 1993 to 2008, is an individual, and permanently domiciled in Kings County, City and State of New York.



2. Defendant, THE STRAUSS GROUP LTD., formerly known as STRAUSS-ELITE LTD, on or about February 2007, changed its name to STRAUSS GROUP LTD., is an Israeli publicly-traded entity with a headquarter and a principal place of business at 49 Hasivim Street, POB 194, Petach Tikva. The Defendant STRAUSS GROUP LTD. (Hereinafter referred to as "STRAUSS GROUP"), together with its subsidiaries, develops, manufactures, markets, and sells various food and beverage products in Israel, North America, Europe, and internationally. The company operates through Health & Wellness; Fun & Indulgence; Israel Coffee;



Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* __Ms Lilach Nordman__ , who is
designated by law to accept service of process on behalf of *(name of organization)*
__Strauss Group Ltd__ on *(date)* __27 May 2018__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __6 June 2018__

__Azov__
*Server's signature*

__Arie Azov__
*Printed name and title*

__7 Mezada st Bney Brak ISRAEL__
*Server's address*

Additional information regarding attempted service, etc: